UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| COURTNAY BRISSETT and ) <br> LADWIN BRISSETT, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREEMONT INVESTMENT & LOAN ) <br> CORPORATION; WELLS FARGO BANK ) <br> MINNESOTA; NATIONAL ASS'N/EMC ) <br> MORTGAGE COMPANY; DEUTSCHE ) <br> BANK NATIONAL TRUST COMPANY; ) <br> AMERICA'S SERVICING, LLC; GREEN ) <br> TREE SERVICING, LLC; ) <br> LITTON LOAN SERVICING, LLC, ) | **JUDGMENT** <br><br> No. 4:08-CV-77-F |

**Decision by Court.**

Defendants Green Tree Servicing, LLC.; Litton Loan Servicing, LLC.; Wells Fargo Bank Minnesota; Wells Fargo Bank, N.A., erroneously sued as Wells Fargo Bank Minnesota National Association; Deutsche Bank National Trust Company and EMC Mortgage Corporation, erroneously sued as EMC Mortgage Company previously dismissed from this action by Order of the Court 2/19/2010 and defendant Fremont Reorganizing Corporation previously dismissed by Order of the Court 2/24/2010.

**This case came before the Honorable James C. Fox, Senior United States District Court Judge for consideration of the defendant's motion to dismiss.**

**IT IS ORDERED, ADJUDGED AND DECREED** the Motion to Dismiss is granted and Plaintiffs' claims against Defendant Fremont General Corporation, n/k/a Signature Group Holdings, Inc., are DISMISSED.

This Judgment Filed and Entered on July 29, 2010, with service on:

Ladwin Brissett (via US Mail), c/o Lena Davis, 2339 Prospect Ave., Apt 1-A, Bronx, New York

Courtnay Brissett (via US Mail), c/o Lena Davis, 2339 Prospect Ave. Apt 1-A, Bronx, New York

Alan M. Ruley (via cm/ecf Notice of Electronic Filing)

James S. Flowers (via cm/ecf Notice of Electronic Filing)

Hilton T. Hutchens, Jr. (Via cm/ecf Notice of Electronic Filing)

Donald R. Pocock (via cm/ecf Notice of Electronic Filing)

Joseph S. Dowdy (via cm/ecf Notice of Electronic Filing)

Date:   July 29, 2010

                                            DENNIS P. IAVARONE, CLERK

                                            /s/   Delsia Heath

                                            (By): Delsia Heath, Deputy Clerk

